```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 29, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                                     :
Brandi A. Walzer       Plaintiff(s), :
                                                     :          12 Civ. 3935 (KBF)
                                                     :
              -v-                          :             <u>ORDER</u>
                                                     :
Metropolitan Transportation Authority, :
et al.                        Defendant(s). :
                                                     :
------------------------------------------X

KATHERINE B. FORREST, District Judge:

    This action, having been remanded to State Court, the Court Orders as follows:

  The Order dated 6/28/2012 (document number 14), is hereby vacated, and the Initial Pretrial Conference, scheduled for July 30, 2012, is adjourned.


    SO ORDERED:

Dated:    New York, New York
           June 29, 2012


                                         *Katherine B. Forrest*
                                   _____
                                        KATHERINE B. FORREST
                                    United States District Judge